```
 1            IN THE UNITED STATES COURT OF FEDERAL CLAIMS
 2
 3
 4    ROGER BIRDBEAR, et al.,       )
 5         Plaintiffs,              )
 6                  vs.             ) Case No.
 7    THE UNITED STATES OF AMERICA, ) 16-75L
 8         Defendant.               )
 9
10
11
12                           Suite 705
13             Howard T. Markey National Courts Building
14                      717 Madison Place, N.W.
15                         Washington, D.C.
16                    Wednesday, November 2, 2016
17                            2:00 p.m.
18
19
20         BEFORE:   THE HONORABLE ELAINE D. KAPLAN
21
22
23
24
25    Transcribed by:  George Quade, CERT
```

Roger Birdbear, et al. v. USA                                     2
                                                          11/2/2016

```
 1    APPEARANCES:
 2    ON BEHALF OF THE PLAINTIFFS:
 3           DAVID C. SMITH, ESQ.
 4           DUSTIN T. GREENE, ESQ.
 5           Kilpatrick, Townsend & Stockton, LLP
 6           607 14th Street, NW
 7           Suite 900
 8           Washington, D.C. 20005
 9           (202) 508-5865 / (202) 585-0052 (fax)
10           dcsmith@kilpatricktownsend.com
11
12
13    ON BEHALF OF THE DEFENDANT:
14           JODY SCHWARZ, ESQ.
15           LAURA DUNCAN, ESQ.
16           U.S. Department of Justice - ENRD
17           601 D Street, NW
18           Post Office Box 663
19           Washington, DC  20044-0663
20           (202) 305-0245 / (202) 353-2021 (fax)
21           jody.schwarz@usdoj.gov
22
23    ALSO PRESENT:
24           Holly Clement, Esq., Department of Interior
25
```

```
 1                    P R O C E E D I N G S
 2                    -    -    -    -    -
 3            (Proceedings called to order at 2:01 a.m.)
 4            THE COURT:  This is Birdbear vs. the United
 5   States, Case Number 16-75.  Would counsel for the
 6   Plaintiff please identify himself for the record?
 7            MR. SMITH:  Yes, Judge Kaplan.  This is David
 8   Smith, and also on the phone is Dustin Greene who works
 9   with me.
10            THE COURT:  Okay.  And for the Government?
11            MS. SCHWARZ:  Yes.  Good afternoon, Your Honor.
12   This is Jody Schwarz with the Department of Justice.
13   Also on the phone with me is Laura Duncan.  She is an
14   attorney at the Department of Justice.  And Holly
15   Clement, she is an attorney at the Solicitor's Office.
16            THE COURT:  Okay.  Okay.  Well, I decided to
17   hold this status conference, I just wanted to check in
18   with the parties on where things stand.  And my
19   understanding is that you've been trying to work amongst
20   yourselves to try to see if you could figure out which
21   parcels of land the Plaintiffs had an interest in, and I
22   assume there are other documents that the Plaintiffs had
23   requested from the Government.
24            And, so, I wanted to see what the status of
25   those efforts were.  I know that the Plaintiff was
```

1   supposed to file an amended complaint, if possible, on
2   November 7th.  So where are we with that, Mr. Smith?
3           MR. SMITH:  Yes.  The -- I just got them,
4   though.  The idea would be that we would get a rolling
5   production of the documents, and these are documents that
6   we had requested under some FOIA requests prior to
7   litigation and informally and didn't get.  And Jody
8   contacted us last week and there were some difficulties
9   in producing the documents, and we understand that.
10          And she indicated that they could be produced
11  early this week subject to a protective order.  Again, we
12  understand that.  We're doing the protective order now.
13  There are some third-party information in those documents
14  apparently that required a protective order.  We're
15  agreeable to that.
16          So once that is worked out, she's indicated the
17  documents can be produced.  I understand that there's
18  about roughly 5,000 pages of documents in that
19  production.  We obviously don't know what's in there yet.
20  My guess is it would be difficult with a late production
21  to amend a complaint (inaudible).
22          THE COURT:  Right.
23          MR. SMITH:  (Inaudible).
24          THE COURT:  Now -- yeah.  So -- but these
25  documents, are these documents that are going to provide

```
 1    you with the information that you need about which
 2    parcels of land the Plaintiffs have an ownership interest
 3    in?
 4              MR. SMITH:  That's what I am told.  And maybe
 5    Jody can fill us in, but, yeah, that's what she has
 6    indicated to us.
 7              THE COURT:  Okay.  Ms. Schwarz?
 8              MS. SCHWARZ:  Yes, Your Honor, that is correct.
 9    The documents that are going to be produced are the title
10    and status reports, which will show which tracts
11    Plaintiff has an interest in.
12              THE COURT:  Okay.
13              MS. SCHWARZ:  And then also the associated
14    leases and agreements with those tracts.
15              THE COURT:  Okay.
16              MS. SCHWARZ;  And we'll provide those
17    documents.  And then in addition to that, there will be a
18    spreadsheet that will have the tax labeled out by
19    ownership and then the associated leases with those tax
20    so Plaintiff can kind of follow that and see how
21    everything flows from the one tract and then what's
22    associated with it.
23              THE COURT:  Okay, okay, that's good.  All
24    right.  So I don't want to talk about the third-party
25    subpoena today because I don't have them on the phone,
```

```
 1    but it sounds like, Mr. Smith, this may have some effect
 2    on what kind of documents you're going to be needing from
 3    the third parties.  Is that correct?
 4            MR. SMITH:  At least we will have a better idea
 5    of exactly what tracts we are looking at for those third
 6    parties.
 7            THE COURT:  Yeah.
 8            MR. SMITH:  And certainly the production
 9    records will still be, you know, relevant.
10            THE COURT:  Okay.  Okay.  So, then, what -- I
11    guess we should -- as long as we're on the phone, I had
12    asked -- I had directed you to file your amended
13    complaint by November 7th, but it sounds like you're not
14    going to be able to do that.  So what's a more realistic
15    date at this point that we can establish?
16            MR. SMITH:  Looking at my calendar, probably --
17    and maybe ask Mr. Greene for some assistance on that.
18    Maybe perhaps another week or so.
19            THE COURT:  Okay.
20            MR. SMITH:  The 14th.
21            THE COURT:  The 14th.
22            MR. GREENE:  Yeah.  Your Honor, this is Dustin
23    Greene.  I don't -- I know Plaintiffs don't want to delay
24    this any more than they have to.  I think 5,000 pages of
25    documents, I think another week should be sufficient if
```

```
 1   we can -- when we get the protective order agreed to and
 2   get that production this week, we should be fine with a
 3   week extension.
 4           THE COURT:  Okay.
 5           And am I correct, Ms. Schwarz, that the
 6   Government is not going to move to dismiss the second
 7   amended complaint, but we're going to go ahead with
 8   discovery.  Is that -- is that still operative, that
 9   agreement?
10           MS. SCHWARZ:  Yes, it is operative with the
11   exception of we reserve the right to the extent that they
12   do assert claims where we have indicated that there's not
13   an interest that we could move for judgment on the
14   pleading as to those claims.  We don't anticipate that
15   that will happen, but we do want to reserve our right to
16   do so.
17           THE COURT:  Okay.  Okay.  Well, I guess, then,
18   what would make the most sense at this point is after the
19   amended complaint is filed, I guess I'll give you a
20   period of time to come up with some kind of a -- jointly
21   come up with some kind of a discovery schedule, which is
22   I think what you originally proposed anyway.  What about
23   two weeks?  Is that long enough to come up with a
24   discovery schedule after the amended complaint is filed?
25           MR. SMITH:  That would be fine with us, yes.
```

```
 1              THE COURT:  Ms. Schwarz, that work for you?
 2              MS. SCHWARZ:  Yes, that is fine.
 3              THE COURT:  Okay, okay.  Then that's what we'll
 4   do.  I'll issue an order vacating the November 7th date
 5   and extending it to November 14th, and then giving you
 6   two weeks to come up with a proposed joint plan for
 7   discovery and whatever else you think we need to do.
 8              Is there anything else we should be talking
 9   about?  Mr. Smith?
10              MR. SMITH:  I'm not aware of anything right
11   now.
12              THE COURT:  Okay.
13              Ms. Schwarz?
14              MS. SCHWARZ:  Nothing that I can think of at
15   this moment, but I just would like to flag for the
16   Court's attention that one of the things we included in
17   the proposed order that we had submitted to the Court was
18   our hope that after the Plaintiffs had an opportunity to
19   review the documents we provide and amend their
20   complaint, that we could meet to see if there were any of
21   the points that we could narrow down further.
22              THE COURT:  Right.  Okay.
23              MS. SCHWARZ:  And that may have an impact on
24   the schedule.
25              THE COURT:  Okay.  All right.  I understand.
```

Roger Birdbear, et al. v. USA                                    9
                                                           11/2/2016

1  Okay.  Sounds good, then.  All right.  That's all we need
2  to discuss, then.  I appreciate you getting on the call.
3  Thank you very much.  Bye-bye.
4           MR. SMITH:  Okay.
5           MS. SCHWARZ:  Thank you, Your Honor.
6           MR. SMITH:  Bye.
7           (Whereupon, at 2:09 p.m., the hearing was
8  adjourned.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
 1                    CERTIFICATE OF TRANSCRIBER
 2
 3           I, George Quade, court-approved reporter,
 4   certify that the foregoing is a correct transcript from
 5   the official electronic sound recording of the
 6   proceedings in the above-titled matter.
 7
 8
 9
10   DATE:  6/8/2017
11                                   GEORGE QUADE, CERT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```