```
 1            IN THE UNITED STATES COURT OF FEDERAL CLAIMS
 2
 3
 4   ROGER BIRDBEAR, et al.,       )
 5        Plaintiffs,              )
 6                 vs.             ) Case No.
 7   THE UNITED STATES OF AMERICA, ) 16-75L
 8        Defendant.               )
 9
10
11
12
13                         Suite 705
14            Howard T. Markey National Courts Building
15                   717 Madison Place, N.W.
16                       Washington, D.C.
17                    Thursday, May 25, 2017
18                         11:00 a.m.
19
20
21
22        BEFORE:  THE HONORABLE ELAINE D. KAPLAN
23
24
25   Transcribed by:  George Quade, CERT
```

Roger Birdbear, et al. v. USA                                                    2
                                                                           5/25/2017

```
 1   APPEARANCES:
 2   ON BEHALF OF THE PLAINTIFFS:
 3            DAVID C. SMITH, ESQ.
 4            DUSTIN T. GREENE, ESQ.
 5            Kilpatrick, Townsend & Stockton, LLP
 6            607 14th Street, NW
 7            Suite 900
 8            Washington, D.C. 20005
 9            (202) 508-5865 / (202) 585-0052 (fax)
10            dcsmith@kilpatricktownsend.com
11
12
13   ON BEHALF OF THE DEFENDANT:
14            JODY SCHWARZ, ESQ.
15            U.S. Department of Justice - ENRD
16            601 D Street, NW
17            Post Office Box 663
18            Washington, DC  20044-0663
19            (202) 305-0245 / (202) 353-2021 (fax)
20            jody.schwarz@usdoj.gov
21
22   ALSO PRESENT:
23            Holly Clement, Esq., Department of Interior
24
25
```

|  |  |
|---|---|
| Roger Birdbear, et al. v. USA | 3<br>5/25/2017 |

```
 1                  P R O C E E D I N G S
 2                   -    -    -    -    -
 3          (Proceedings called to order at 11:00 a.m.)
 4          THE COURT:  Good morning, everyone.  This is
 5   Birdbear v. The United States, Number 16-75.  We're
 6   having a status conference.  And could counsel please
 7   identify themselves for the record, starting with counsel
 8   for the Plaintiff.
 9          MR. SMITH:  Sure.  This is David Smith, counsel
10   for the Plaintiff.  And I believe on the line also is
11   Dustin Greene.
12          MR. GREENE:  Yes, Your Honor.
13          THE COURT:  Okay.  All right, Mr. Greene.
14          And for the Government?
15          MS. SCHWARZ:  Yes.  This is Jody Schwarz on
16   behalf of the Government.  Also with me is Holly Clement.
17   She's an attorney with the Department of the Interior
18   Solicitor's Office.
19          THE COURT:  Okay.  All right.  Well, I got your
20   joint status report, and it looks like things are moving
21   along, you know, fairly smoothly, other than the question
22   of the third-party subpoenas, which I'll get to in a
23   second.
24          So am I right about that, Mr. Smith?
25          MR. SMITH:  Yeah.  Your Honor, I think things
```

```
 1   are moving along much more smoothly.  We have sort of two
 2   areas of -- where we would like to see them move more
 3   smoothly, and we alluded to them in the -- in the status
 4   report.  That has to do with the ESI agreement and the
 5   NIOGEMS database.
 6             THE COURT:  Mm-hmm.
 7             MR. SMITH:  We would like deadlines for getting
 8   that started.  We've been trying to get the electronic
 9   discovery for some time, and I think it's been about a
10   month and a half we've been working on simply terms and
11   custodians, and we've generally agreed to all the terms.
12   They just have to be put into Boolean format, and we
13   suggested that should be started by mid-June.  And as you
14   can tell, the Government says that should be finalized in
15   the next few months.
16             THE COURT:  Mm-hmm.
17             MR. SMITH:  Most of the discovery is
18   electronic, and if we don't get it started now, we'll
19   have problems getting it completed before the end of
20   the discovery period, and particularly since a lot of
21   the third parties are claiming that the Government
22   has these records, we will never know that until we
23   see them.  And, so, we'd like to see what the Government
24   has.
25             THE COURT:  And, Ms. Schwarz -- oh, I'm sorry,
```

1   Mr. Smith?
2           MR. SMITH:  And I can also address the NIOGEMS
3   database.
4           THE COURT:  Okay.
5           MR. SMITH:  That's the database that has a lot
6   of the oil and gas information that's been discussed
7   since, I believe, April.  We asked that our expert be
8   allowed to get there at the end of May.  We've had
9   discussions.  There were issues.  Apparently they had --
10  the -- he would have to be placed at a standalone
11  computer, and there are some confidentiality concerns.
12  But we just would like a time when he can get in there
13  and get started.
14          THE COURT:  Okay.  Ms. Schwarz, can you -- are
15  you prepared to provide a time for both of those things,
16  the custodian issue and the search terms, and also this
17  issue about the access to the database?
18          MS. SCHWARZ:  Your Honor, I'd like to address
19  the ESI order and the custodians first.
20          THE COURT:  Okay.
21          MS. SCHWARZ:  I would like to be able to
22  conclude that by mid-June.  I know sometimes I have been
23  optimistic in dates, but given the time -- the times that
24  it takes to move things up the chain.  As I've explained
25  to Plaintiff, the ESI order isn't exactly impacted in

1    this case, but it's also the general procedures that the
2    Department of Justice follows.
3            THE COURT: Right.
4            MS. SCHWARZ: We are very close to being able
5    to finalize the agreement. Our IT department is going
6    through the Boolean search terms. They had some
7    questions, so, you know, as to just how they would like
8    to set up (inaudible) we haven't had a chance to speak
9    with Plaintiff today, but we'd like to set up a further
10   time to discuss kind of the refinement of the Boolean
11   terms and have some of those search terms would work
12   together.
13           THE COURT: Mm-hmm.
14           MS. SCHWARZ: I am optimistic that we will be
15   able to finalize that by mid-June, but I would like to
16   note that that has not prevented the production of, you
17   know, voluminous amounts of electronic data that we have
18   already provided to Plaintiff. The ESI generally goes to
19   kind of the email searches that would be done, and the
20   bulk of the information that Plaintiff has sought would
21   not be contained in that information, but rather it's in
22   all of the BLM data, the well data, that we have already
23   provided to Plaintiff.
24           Second, as to the issue of NIOGEMS, as Mr.
25   Smith has represented, we've been in discussion with

```
 1   Plaintiffs about that.  There are confidentiality issues
 2   associated with accessing that database.  We've had
 3   further discussions with the Department of Interior about
 4   accessing that.  They've expressed some concerns with
 5   having someone with direct access to it, and they would
 6   prefer to work out an agreement with Plaintiffs similar
 7   to how Plaintiffs have used and accessed databases in the
 8   Tribal Trust cases.
 9           So that's something that we need to discuss
10   with Plaintiffs further.  This is kind of new
11   developments over this past week, so we haven't had an
12   opportunity to approach Plaintiff with that, but there
13   are issues with that.  And one thing that we are sending
14   over to Plaintiff today or tomorrow is a list of the
15   search fields for Plaintiff to look at, and we're also
16   going to be sending more requests in response to their
17   discovery tomorrow.
18           THE COURT:  Okay.  Yes?
19           MR. SMITH:  Your Honor --
20           THE COURT:  Yeah?
21           MR. SMITH:  Why don't we go ahead and have
22   those discussions, and if we have any further concerns,
23   we'll bring them to the attention of the Court.
24           THE COURT:  Yeah, that's what I was going to
25   suggest.  It sounds like you'll be able to work through
```

1   some of these issues hopefully without me trying to
2   figure out the minutiae of it.
3           So I guess maybe what I'll have you all do is
4   maybe provide me with a status report by the end of June
5   so we can see where you are on both of these things and
6   anything else, and I will look at the status report.
7   We'll decide whether we need to have a status conference
8   at that point.
9           And the other issue about the third-party
10  subpoenas, I think what I'm going to do is I think I'm
11  just going to set up a hearing on the motion to quash so
12  I have a better understanding of the specific documents
13  and the positions of the third parties.  And, so, you
14  should be hearing from my office, if you haven't already,
15  to try to set up a date for that hearing on the motion to
16  quash.
17          MR. SMITH:  Okay.
18          THE COURT:  Is there -- is there anything else
19  we need to talk about?
20          MR. SMITH:  Your Honor, I think that's it.
21          THE COURT:  Okay.  All right.  Well, great.
22  Then I'll hear from you guys by the end of June, and I
23  may speak to you before then as well at the hearing on
24  the motion to quash.  Thank you very much.
25          MR. SMITH:  Okay, thank you.

```
 1              THE COURT:  All right.  Bye-bye.
 2              (Whereupon, at 11:07 a.m., the hearing was
 3   adjourned.)
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  CERTIFICATE OF TRANSCRIBER
 2
 3            I, George Quade, court-approved reporter,
 4   certify that the foregoing is a correct transcript from
 5   the official electronic sound recording of the
 6   proceedings in the above-titled matter.
 7
 8
 9
10   DATE:  6/8/2017          s/George Quade
11                            GEORGE QUADE, CERT
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```