## IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| ROGER BIRDBEAR, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | No. 16-75L <br><br> Honorable Elaine D. Kaplan |

### PLAINTIFFS' MOTION TO CORRECT TRANSCRIPT

Pursuant to Rule 80.1(c)(4) of the Rules of the Court of Federal Claims, Plaintiffs hereby respectfully Motion for an Order correcting typographical errors to certain portions of the official transcript from the Closing Arguments held on May 22, 2024. ECF No. 369.

Plaintiffs' corrections are identified on Exhibit A to the Declaration of Brian W. Nelson, submitted herein.

Dated: July 2, 2024.                                By: */s/ John J. Steffenhagen*
                                                                John J. Steffenhagen
                                                                Ryan M. Theis
                                                                Brian W. Nelson
                                                                **HELLMUTH & JOHNSON, PLLC**
                                                                8050 West 78th Street
                                                                Edina, MN 55439
                                                                Telephone: (952) 941-4005
                                                                Email: jsteffenhagen@hjlawfirm.com
                                                                Email: rtheis@hjlawfirm.com
                                                                Email: bwnelson@hjlawfirm.com

                                                                *Attorneys for Plaintiffs*

*Of Counsel:*
Terrance W. Moore
**HELLMUTH & JOHNSON, PLLC**
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337
Email:  tmoore@hjlawfirm.com