ROGER BIRDBEAR, et al. v. USA

CASE NO. 16-75L

VOLUMES 1-10

MASTER INDEX

| Witness: | Adv Dir: | Dir: | Cross: | Adv Redir: | Redir: | Recross: |
|---|---|---|---|---|---|---|
| Ollila | 1-30 | 2-237 |  | 2-367 | 2-387 |  |
|  |  | 2-325 |  |  |  |  |
| Wunder | 2-394 |  |  |  |  |  |
|  | 3-477 | 3-534 |  | 3-549 |  |  |
| Akinboyewa |  | 3-561 |  |  |  |  |
|  |  | 4-720 |  |  |  |  |
|  |  | 5-893 | 5-1061 |  |  |  |
|  |  | 6-1118 |  |  | 6-1163 |  |
|  |  | 10-1931 | 10-1963 |  |  |  |
| Laborda |  | 6-1183 | 6-1241 |  | 6-1267 | 6-1287 |
| Hunt |  | 6-1301 | 6-1350 |  |  |  |
| Kidd |  | 7-1363 | 7-1398 |  |  |  |
| Mann-Krager |  | 8-1454 | 8-1468 |  |  |  |
| Bagley |  | 8-1483 | 8-1507 |  | 8-1532 |  |
| Reynolds |  | 8-1540 | 8-1616 |  | 8-1676 |  |
| Payne |  | 9-1684 | 9-1779 |  | 9-1857 |  |
| Martin |  | 9-1861 | 9-1884 |  |  |  |

| PX | PAGE | DESCRIPTION |
|---|---|---|
| 91 | 4-756 | 01-M1744.pdf - Maps\8-12 x 11 Reproduced Jack Wunder ''buffer maps |
| 93 | 4-756 | 03-M3111A.pdf - Maps\8-12 x 11 Reproduced Jack Wunder ''buffer maps |
| 105A | 3-564 | Appendix 1: John Akinboyewa, Petroleum Engineer |
| 109 | 2-392 | 3160-16 Indian Diligent Development Manual |
| 111 | 3-533 | MS-3160 - BLM Drainage Protection Manual (09/21/2015) (Release 3-352) |
| 116 | 9-1836 | Bureau of Indian Affairs ("BIA") July 2012 Fluid Mineral Estate Procedural Handbook ("2012 BIA Fluid Mineral Estate Handbook") |
| 143 | 6-1187 | BLM Manual - 3160-9 - Communitization (Release 3-215) |
| 152 | 6-1328 | Hunt, Jeffrey D. Deposition - Exhibit No. 1 Fort Bethold Reservation - Allotted and Tribal Flared/Sold Gas |
| 181 | 3-477 | Wunder, Jack Deposition - Exhibit No. 1 Clarks Creek-Bakken Pool Economic Summary Table |
| 182 | 3-512 | Wunder, Jack Deposition - Exhibit No. 2 E-mail John Wunder to Allen Ollila |
| 188 | 2-392 | Ollila email to Griffiths, Poindexter, Robillard and Van Sickle re Indian Lease List |
| 189 | 2-392 | Diligence Review List |
| 198 | 2-392 | BLM Instruction Memo re Bueauwide intermin Guidance on Oil and Gas drainage protection |
| 202 | 3-681 | NDIC Order No. 27926 on Setbacks |
| 203 | 5-1028 | Continental Resources presentation on "Bakken Technical Analyses and Resulting Setback Recommendations |
| 204 | 5-1023 | Hess Report NDIC Setback Modeling |
| 206 | 2-392 | Scott Holstein Drainage.docx |
| 228 | 2-392 | Ollila email re Drainage process |
| 229 | 2-392 | Drainage Process Memo 2009.docx |
| 235 | 6-1348 | Hunt email to Nash and Bemer re commingling production |
| 239 | 6-1225 | Laborda email to Hunt re Unit |
| 240 | 6-1230 | BLM memo re Kodiak Oil and Gas Paying Well Determination |

| | | |
|---|---|---|
| 243 | 6-1231 | BLM memo re Kodiak Oil and Gas Paying Well Determination |
| 245 | 5-1019 | BLM Drainage Case No. 3785.0 (lease 14-20-A04-8970) technically closed |
| 246 | 5-1019 | BLM Drainage Case No. 3834.0 (lease 14-20-A04-9805) technically closed |
| 247 | 6-1350 | Kodiak email to Hunt, Laborda, Bemer, and Wudner re Unit |
| 254 | 2-392 | Roger Birdbear email to Ollila re Land Owner Association |
| 255 | 2-392 | Terry Bachan email re North Dakota BLM Lease Sales July 2012 |
| 277 | 6-1219 | Laborda email to Ollila re ONRR Request on Exploratory Development Agreements |
| 282 | 6-1238 | Laborda Response to Roger Birdbear email re Drainage Analysis |
| 283 | 2-392 | Laborda and Ollila email exchange re drainage analysis |
| 284 | 6-1240 | Hunt email to Laborda re Question on BIA ROWs Issues and Associates with APDs (Processing and Tracking) |
| 304 | 2-392 | Wunder email to Ollila re Roger Birdbear drainage analyses |
| 305 | 2-392 | Ollila email to Laborda re drainage |
| 309 | 2-392 | Wunder email to Ollila re Birdbear Drainage Review |
| 310 | 2-392 | Wunder email to Ollila re Mr. Birdbear's tracts; drainage analysis |
| 311 | 5-1019 | BLM Drainage Case File No. 4946.0 (lease 14-20-A04-8742) technically closed |
| 313 | 2-392 | Ollila email to Wunder Re: Wunder's draiange analysis on 53 tracts in North Dakota; Mr. Birdbear, is attached |
| 315 | 2-392 | Wunder email to Ollila re re Wunder's draiange analysis on 53 tracts in North Dakota; Mr. Birdbear, More Discussion |
| 316 | 2-392 | Laborda email to Ollila and Kopari Re: Fwd: URGENT DATA ON 14 Enerplus Wells on Confidential Well List in T149N-R93W - MUST BE ANALYZED TO DETERMINE BIRD BEAR LEASE M-1635 VALUE |

| | | |
|---|---|---|
| 317 | 2-392 | Wunder email to Ollila re Wunder's draiange analysis on 53 tracts in North Dakota; Mr. Birdbear, More Discussion |
| 320 | 3-516 | Wunder email to Roger Birdbear re North Dakota well logs |
| 324 | 2-392 | Email chain between Ollila and Laborda Re: Fwd: claim |
| 329 | 2-392 | Ollila email to Roller and Laborda re ND Collaberation |
| 331 | 5-1019 | BLM Letter to Nelson Birdbear RE: Drainage Analysis (Four Requested Tracts) |
| 335 | 2-392 | Wunder email to Laborda and Ollila re: Nelson Birdbear |
| 344 | 2-392 | Paul Kopari email to Ollila re Hearings |
| 348 | 6-1345 | Emails between ONRR Milano, Tyler, Clerkin, and Piccirilli, and Jeff Hunt Fwd: Roger Birdbear RIK |
| 350 | 2-392 | Information memo on mineral lease management SOPs re outline of government duties to Indian trustees |
| 354 | 2-392 | Ollila email to Kopari Re: Roger Birdbear |
| 360 | 2-392 | DOI Roles and Responsibilities for Indian Fluid Minerals.pptx |
| 362 | 2-392 | Ollila email to Wickstrum Fwd: Return Call |
| 364 | 2-392 | Kopari email to Wunder, Hunt and Ollila re Twin Buttes Unit Question |
| 374 | 2-392 | Wunder email to Ollila re Drainage 149-94-02 8742 by Benson 16-3H |
| 376 | 2-392 | Ollila email to Wunder re Note |
| 379 | 2-392 | Ollila email to Whiteman, Wickstrom, Rymerson, and Wunder re Bird Bear response to Sen. Heitkamp |
| 392 | 2-392 | BLM Drainage Case File No. 4786.0 (lease 14-20-A04-9805) Technically Closed |
| 396 | 2-392 | BLM drainage case number 5149.0 lease number 8894 |
| 402 | 3-528 | Wunder email to Judice and Manchester at BLM Re: |
| 423 | 2-392 | 2016 justificaiton for hiring Vice Griffiths |
| 423A | 9-9111 | 2016 justification for hiring Vice Griffiths |

| | | |
|---|---|---|
| 427 | 5-1019 | BLM Drainage Case File No. 5350.0 (lease no. 14-20-A04-8742) technically closed |
| 429 | 5-1019 | BLM Drainage Case File No. 5071.0 (lease no 14-20-A04-8742) technically closed |
| 432 | 2-392 | Hunt email to Ollila Re: CA dates |
| 437 | 2-392 | Indian Affairs Case Study - Bakken/Three Forks Development |
| 442 | 2-392 | Ollila email to Shaw and Robbilard Re: North Dakota Spacing Patterns and Drainage |
| 443 | 5-1024 | Enerplus letter Re: Drainage of Indian Lease 14-20-A04-8894 |
| 458 | 2-392 | Ollila email to Wickstrom and Friez Re: Data Call for Drainage / OIG |
| 515 | 2-392 | Dr. Van Kirk - Expert Report Reliance Documents Enerplus Drainage Analysis_Case 5149.0 |
| 517 | 2-392 | Dr. Van Kirk - Expert Report Reliance Documents Reservoir Engineering Review Case_5149.0 |
| 525 | 4-746 | Dr. Van Kirk - Expert Report Reliance Documents CE 9?19?18?2H3 Paying well determination report_JW |
| 529 | 5-1028 | Dr. Van Kirk - Expert Report Reliance Documents (File Path) MOCCASINCREEK14-33-28-2H3_General-Other_20150130(A1502030827016427285.msg).msg |
| 531-A | 7-1365 | Supplemental Expert Report of Jane Kidd |
| 531-B | 7-1371 | Supplemental Expert Report of Jane Kidd |
| 531-C | 7-1375 | Supplemental Expert Report of Jane Kidd |
| 531-D | 7-1377 | Supplemental Expert Report of Jane Kidd |
| 558 | 4-860 | Akinboyewa Supplemental Work Papers - M866A and 865A-A 12-31-22X.xlsx |
| 559 | 4-834 | Akinboyewa Supplemental Work Papers - M997A-B 12-31-22x.xlsx |
| 560 | 4-840 | Akinboyewa Supplemental Work Papers - M1062A Wells & Prod. with Spacing 12- 2022.pdf |
| 562 | 4-813 | Akinboyewa Supplemental Work Papers - M1773-B Wells & Prod. with Spacing 12- 2022.pdf |

| DX | PAGE | DESCRIPTION |
|---|---|---|
| 564 | 4-835 | Akinboyewa Supplemental Work Papers - M1969 Wells & Prod. with Spacing 12- 2022.pdf |
| 565 | 4-866 | Akinboyewa Supplemental Work Papers - M2255 Wells & Prod. with Spacing 12- 2022.pdf |
| 566 | 4-813 | Akinboyewa Supplemental Work Papers - M3111A Wells & Prod. with Spacing 12- 2022.pdf |
| 567 | 5-1054 | Akinboyewa Supplemental Work Papers - M556A Wells & Prod. with Spacing 12- 2022.pdf |
| 568 | 4-855 | Akinboyewa Supplemental Work Papers - M710A-M711A-B Wells & Prod. with Spacing 12- 2022.pdf |
| 569 | 4-845 | Akinboyewa Supplemental Work Papers - M767A Wells & Prod. with Spacing 12- 2022.pdf |
| 570 | 4-813 | Akinboyewa Supplemental Work Papers - M771A Wells & Prod. with Spacing 12- 2022.pdf |
| 572 | 4-873 | Akinboyewa Supplemental Work Papers - M997A-B Wells & Prod. with Spacing 12- 2022.pdf |
| 573 | 5-1052 | Akinboyewa Supplemental Work Papers - M1062A Wells & Prod. without Spacing 12- 2022.pdf |
| 587 | 4-823 | Akinboyewa Supplemental Tract Summary Spreadsheet.xlsx |
| 877 | 2-392 | DOI Departmental Manual - Part 303 Chapter 2 - "Principles for Managing Indian Trust Assets" |
| 1614 | 9-1780 | Summary of the FTI invoices |
| 1625 | 2-392 | Bates Stamp: BRDESI00428483 |
| 1626 | 3-473 | Draft report |
| 1627 | 6-1117 | Summary of drainage volumes |
| 1628 | 10-1937 | Communitization agreement 112168 |

| **DX** | **PAGE** | **DESCRIPTION** |
|---|---|---|

| | | |
|---|---|---|
| US-131 | 2-131 | United States Department of the Interior Geological Survey Notice to Lessees and Operators of Onshore Federal and Indian Oil and Gas Leases (NTL-4A) Royalty or Compensation for Oil and Gas Lost |
| US-163 | 9-1791 | Onshore Energy and Mineral Lease Management Interagency Standard Operating Procedures |
| US-308 | 3-656 | Craig Cipolla, Hess Corporation; Michael Litvak, Consultant; R.S. Prasas, Hess Corporation; Mark McClure, ResFrac, "Case History of Drainage Mapping and Effective Fracture Length in the Bakken," SPE-199716-MS |
| US-317 | 9-1862 | Ronnie A. Martin - Senior Managing Director - Forensics & Litigation Consulting |
| US-327 | 1-950 | Email to Thomas Benson from Dustin Greene re Birdbear v. United States |
| US-332 | 8-1465 | 1006 Payment Summary |
| US-353 | 9-1872 | Table 1 - Potential Underpayments for Drainage Volumes from Existing Wells Using Lease Royalty Rates |
| US-367 | 9-1711 | Figure No. 2 - Tract M1969 as of October 2018 - each well is labeled with its state well ID, first production date and cumulative oil production |
| US-396 | 9-1707 | Figure No. 7 - Birdbear Tracts on Fort Berthold Reservation |
| US-407 | 8-1605 | Figure No. 18 - East side of Tract 1969 |
| US-408 | 8-1605 | Figure No. 19 - West side of Tract 1969 |
| US-409 | 8-1605 | Figure No. 20 - West of Tract 1969 |
| US-600 | 2-393 | Drainage case: #47860 Document |
| US-601 | 7-1408 | Location Relative to FBR.png |
| US-601 | 7-1408 | Deed to restricted Indian land dated January 10th, 2022 |
| US-602 | 9-1695 | Payne resume |
| US-603 | 8-1548 | Reynolds expert report |
| US-604 | 9-1753 | Calculated potential drainage volumes of oil and gas for the tracts |

| **JX** | **PAGE** | **DESCRIPTION** |
|---|---|---|
| JX6 | 2-392 | Form 5-5432 Oil and Gas Mining Lease-Allotted Indian Lands 11/9/2007 |
| JX106 | 3-619 | Email from Mann-Klager to Jeffrey Hunt, dated 5/28/2013, subject: "Nelson BirdBear request" |
| JX124 | 3-620 | Integrating Microseismic, Geomechanics, Hydraulic Fracture Modeling, and Reservoir Simulation to Characterize Parent Well Depletion and Infill Well Performance in the Bakken - Cipolla, Motiee, Kechemir, and Hess Corporation |
| JX127 | 2-392 | March 13, 2013 Letter from Laborda to Birdbear |